UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
0:01-CV-1360 (~~DDA~~/JMM)
DSD

James Terrell, as Trustee for the heirs and next-of-kin of Talena Terrell, deceased; Jordan E. Terrell, individually; Warren Kvistberg, individually and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Tammy Kvistberg, individually, and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Amos Kvistberg, individually; Donald Gibbons, individually; Rebecca Gibbons, individually; Gary Kvistberg, individually; and Lorraine P. (Kvistberg) Anderson, individually,

Plaintiffs,

v.

Anoka County Sheriff's Deputy Brek Andrew Larson, Anoka County Sheriff's Deputy Aaron Shawn Longren, Anoka County Sheriff Larry Podany, Anoka County, John Does 1-5,

Defendants.

**ORDER PERMITTING PLAINTIFFS' TO FILE AND SERVE SECOND AMENDED COMPLAINT**

Pursuant to Defendants' Stipulation dated November 28, 2001, Plaintiffs are permitted to file and serve a Second Amended Complaint changing the name "Aaron Shawn Longren" to Shawn Aaron Longen, and to designate Anoka County in the caption as the County of Anoka.

John M. Mason
United States Magistrate Judge

DEC 0 6 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
0:01-CV-1360 (~~DD~~A/JMM) DSD

James Terrell, as Trustee for the heirs and next-of-kin of Talena Terrell, deceased; Jordan E. Terrell, individually; Warren Kvistberg, individually and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Tammy Kvistberg, individually, and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Amos Kvistberg, individually; Donald Gibbons, individually; Rebecca Gibbons, individually; Gary Kvistberg, individually; and Lorraine P. (Kvistberg) Anderson, individually,

Plaintiffs,

v.

Anoka County Sheriff's Deputy Brek Andrew Larson, Anoka County Sheriff's Deputy Shawn Aaron Longen, Anoka County Sheriff Larry Podany, the County of Anoka, John Does 1-5,

Defendants.

**DEFENDANTS' STIPULATION TO THE FILING AND SERVICE OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

I, James T. Martin, counsel for the above-captioned Defendants, hereby stipulate that the Plaintiffs may file and serve their Second Amended Complaint in the above-captioned case without the necessity of a motion or a hearing on the motion. I also on behalf of all the Defendants hereby acknowledge receipt of the Second Amended Complaint.

Dated: 11-28-01

James T. Martin
Attorney at Law
Gislason, Martin & Varpness, P.A.
7600 Parklawn Avenue South
Suite 444
Minneapolis, MN 55435

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________