UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James Terrell, as Trustee for the heirs and next of kin of Talena Terrell, deceased; Jordan E. Terrell, individually, and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Tammy Kvistberg, individually and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Amos Kvistberg, individually; Donald Gibbons, individually; Rebecca Gibbons, individually; Gary Kvistberg, individually; and Lorraine P. (Kvistberg) Anderson, individually,

Plaintiffs,

vs.

Anoka County Sheriff's Deputy Brek Andrew Larson, Anoka County Sheriff's Deputy Shawn Aaron Longen, Anoka County Sheriff Larry Podany, County of Anoka, John Does 1-5,

Defendants.

FILE NO: 0:01-CV-1360 (DSD/JMM)

**ORDER**

---

For good cause shown, the Court herewith authorizes defendants to submit two Supplemental Affidavits along with its Reply Memorandum in respect to dispositive motions that have been served and will be filed in the near future.

Dated: 2/1/02

Hon. David S. Doty
Senior Judge of U.S. District Court

FILED 2-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________