UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
0:01-CV-1360 (DDA/JMM)

James Terrell, as Trustee for the heirs and next-of-kin of Talena Terrell, deceased; Jordan E. Terrell, individually; Warren Kvistberg, individually and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Tammy Kvistberg, individually, and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Amos Kvistberg, individually; Donald Gibbons, individually; Rebecca Gibbons, individually; Gary Kvistberg, individually; and Lorraine P. (Kvistberg) Anderson, individually,

Plaintiffs,

v.

Anoka County Sheriff's Deputy Brek Andrew Larson, Anoka County Sheriff's Deputy Shawn Aaron Longen, Anoka County Sheriff Larry Podany, the County of Anoka, John Does 1-5,

Defendants.

**ORDER PERMITTING PLAINTIFFS' TO FILE AND SERVE THIRD AMENDED COMPLAINT**

Pursuant to Defendants' Stipulation dated November 28, 2001, Plaintiffs are permitted to file and serve a Third Amended Complaint.

February 14, 2002

John M. Mason
United States Magistrate Judge

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________