UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Terrell, et. al.,

Plaintiffs,

v.

Brek Andrew Larson, et. al.,

Defendants.

CIVIL NO. 01-1360 (DSD/SRN)

AMENDED PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

| | |
|---|---|
| Completed- | All pre-discovery procedures required by Rule 26(a)(1) have been completed. |
| Completed- | All motions which seek to amend the pleadings or add parties must be served and filed. |

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by expert witnesses, shall be made as follows:

| | |
|---|---|
| August 31, 2002- | By Plaintiff |
| Sept. 15, 2002- | By Defendant |
| November 15, 2002 | All discovery of any kind shall be commenced in time to be completed by this date. |
| November 22, 2002 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. |

FILED AUG 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

| | |
|---|---|
| November 15, 2002 | All discovery of any kind shall be commenced in time to be completed by this date. |
| November 22, 2002 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| November 29, 2002 | All dispositive motions shall be served and filed. Counsel must anticipate the the time required for scheduling this hearing by calling Calendar Clerk Connie Baker (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1(b)(2)(A) through (E). |

The case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than December 9, 2002. The parties estimate that trial of this jury matter will take one week.

General

The Court does not limit the number of depositions or written discovery which may be used by the parties. The parties are directed to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 6 experts.

Each party may call no more than 6 experts at trial.

Dated: August 5, 2002

Susan Richard Nelson

Susan R. Nelson
United States Magistrate Judge

No further extension will be granted.