# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Cv.#01-1360
DSD/JMM

No. 03-1293

| | |
|---|---|
| James Terrell, as Trustee for the heirs and next of kin of Talena Terrell; Jordan E. Terrell, individually; Warren Kvistberg, individually, and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Tammy Kvistberg, individually, and on behalf of minors Kyle Kvistberg and Kaila Kvistberg; Amos Kvistberg, individually; Donald Gibbons, individually; Rebecca Gibbons, individually; Gary Kvistberg, individually; Lorraine P. Anderson, suing as Lorraine P. (Kvistberg) Anderson, individually, | Appeal from the United States District Court for the District of Minnesota |
| Appellees, | |
| vs. | |
| Brek Andrew Larson, Anoka County Sheriff's Deputy; Shawn Aaron Longen, name changed from Aaron Shawn Longen to Shawn Aaron Longen 12/6/01 pursuant to stipulation and order of JMM 12/6/01, | |
| Appellants. | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel before the court en banc.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

SCANNED
APR 1 1 2005
U.S. DISTRICT COURT MPLS

February 4, 2005

ORDER ENTERED IN ACCORDANCE WITH OPINION

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: