UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1360(DSD/SRN)

Jordan E. Terrell, et al.,

Plaintiffs,

v. **ORDER**

Brek Andrew Larson, et al.,

Defendants.

This matter is before the court upon the mandate of the United States Court of Appeals for the Eighth Circuit. The mandate directs the court to dismiss plaintiffs' § 1983 substantive due process claims. Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' § 1983 claims are dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 26, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court