RECEIVED BY MAIL JUL 15 2005 CLERK, U.S. DIST. COURT MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jordan E. Terrell, et al.,

Plaintiffs,

vs.

Brek Andrew Larson, et al.,

Defendants.

Court File No.: 0:01-CV-1360 (DSD/SRN)

**NOTICE OF MOTION AND MOTION**

**ORAL ARGUMENT NOT REQUESTED**

TO: THE PLAINTIFFS ABOVE-NAMED, BY AND THROUGH THEIR ATTORNEY, PAUL APPLEBAUM, ESQ., SUITE W1610, FIRST NATIONAL BANK BUILDING, 332 MINNESOTA STREET, ST. PAUL, MINNESOTA, 55101.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, before the Honorable David S. Doty, Judge of District Court, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota, 55415, the Defendants will move the Court for an order dismissing the remaining state court claims.

## MOTION

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as pursuant to 28 U.S.C.A. Section 1367, the Defendants move the Court for an order dismissing the remaining claim from Plaintiffs' Complaint in its entirety without prejudice.

Said Motion will be based upon all of the files, records, and proceedings herein, the arguments of counsel, and the accompanying Memorandum of Law.

SCANNED JUL 15 2005 U.S. DISTRICT COURT MPLS

Respectfully submitted,

**GISLASON, MARTIN & VARPNESS, P.A.**

Dated: 7-13-05

By: ______________________

James T Martin (MN Atty I.D. # 68044)
Julian C. Janes (MN Atty I.D. #258635)
7600 Parklawn Avenue, Suite 444
Edina, Minnesota 55435
952-831-5793
952-831-7358 (facsimile)

**ATTORNEYS FOR DEFENDANTS**