RECEIVED BY MAIL JUL 15 2005 CLERK US DIST COURT MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jordan E. Terrell, et al.,

Court File No.: 0:01-CV-1360 (DSD/SRN)

Plaintiffs,

vs.

**DEFENDANTS' MEMORANDUM IN SUPPORT OF DISMISSAL**

Brek Andrew Larson, et al.,

Defendants.

On May 19, 2005, this Court entered an Order dismissing all of the Plaintiffs' Section 1983 claims. After this dismissal, the only count remaining from the Plaintiffs' Third Amended Complaint is the Common Law Claim of Negligence. The basis for the Court's jurisdiction over the negligence claim, originally, was 28 U.S.C. Section 1367 (a), which permits a district court to exercise supplemental jurisdiction over state claims that are part of the same case or controversy as the claims that fall within the district court's original jurisdiction. However, now that all of the 1983 claims have been dismissed, there is no basis for the Court's retention of jurisdiction over the single remaining state court claim.

According to the Supreme Court, "if the federal claims are dismissed before trial . . .the state claims should be dismissed as well." *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 726 (1996). See, also, *Marshall v. Green Giant Co.*, 942 F.2d 539, 549 (8th Cir. 1981) and *Condor Corp. v. City of St. Paul*, 912 F.2d 215, 220 (8th Cir. 1990). The rationale being that state courts of Minnesota, rather than federal courts, should rule on issues of Minnesota law. *Id.* In this case,

SCANNED JUL 15 2005 U.S. DISTRICT COURT MPLS

Defendants respectfully submit that they are entitled to dismissal of the remaining state court claim of negligence without prejudice.

**CONCLUSION**

There is no basis for retention of jurisdiction by the federal court. The only remaining count of the Plaintiffs' Complaint is negligence, and the claim should be refiled in Minnesota state court.

Respectfully submitted,

**GISLASON, MARTIN & VARPNESS, P.A.**

Dated: 7-14-05

By: [signature]

James T. Martin (MN Atty I.D. # 68044)
Julian C. Janes (MN Atty I.D. #258635)
7600 Parklawn Avenue, Suite 444
Edina, Minnesota 55435
952-831-5793
952-831-7358 (facsimile)

**ATTORNEYS FOR DEFENDANTS**