RECEIVED
BY MAIL
JUL 15 2005
CLERK US DIST COURT
MINNEAPOLIS MN

**AFFIDAVIT OF SERVICE**
**BY MAIL**

**STATE OF MINNESOTA** )
) **ss.**
**COUNTY OF HENNEPIN** )

Tammy L. Farber, being duly sworn deposes and says that she is an employee in the office of GISLASON, MARTIN, & VARPNESS, P.A., attorneys at 7600 Parklawn Avenue South, Edina, Minnesota, 55435; that on July 14, 2005 she served the attached:

1. Notice of Motion and Motion;
2. Defendants' Memorandum in Support of Dismissal; and,
3. Proposed Order;

on the opposing party in the matter *Jordan E. Terrell, et al. vs. Brek Andrew Larson, et al.*, United States District Court File No.: 0:01-CV-1360 (DSD/SRN), by placing a copy thereof in an envelope properly addressed as follows:

Paul Applebaum, Esq.
Suite W1610
First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

which is the last address known to her, and the envelope with postage prepaid was deposited by her in the United States Mail at Edina, Minnesota for delivery by the United States Post Office Department, as directed by said envelope.

Tammy L. Farber

Subscribed and sworn to before me
this 14 day of July, 2005

Gretchen S. Rolighed
Notary Public

GRETCHEN S. ROLIGHED
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

SCANNED
JUL 15 2005
U.S. DISTRICT COURT MPLS

GISLASON, MARTIN & VARPNESS, P.A.
ATTORNEYS AND COUNSELORS AT LAW

JAMES T. MARTIN
JOHN E. VARPNESS+
JULIAN C. JANES
JOEL M. MUSCOPLAT

+ALSO ADMITTED TO PRACTICE IN WISCONSIN

RETIRED
ROBERT W. GISLASON

7600 PARKLAWN AVENUE SOUTH
SUITE 444
MINNEAPOLIS, MINNESOTA 55435

TELEPHONE 952/831-5793
FAX 952/831-7358

LEGAL ASSISTANT
GLORIA DEEB


July 14, 2005

Clerk of Court
United States District Court
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415


RECEIVED
BY MAIL
JUL 15 2005
CLERK US DIST COURT
MINNEAPOLIS MN


RE: ***Terrell, et al v. Larson, et al.***
Case No: 0:01-CV-1360 (DSD/SRN)

Dear Clerk:

Enclosed herewith for filing, please find the following:

1. Notice of Motion and Motion;
2. Defendants' Memorandum in Support of Dismissal;
3. Proposed Order; and,
4. Affidavit of Service.

Very truly yours,

Julian C. Janes

JCJ/tlf
Encs.
cc: Paul Applebaum (w/ encs.)