APPLEBAUM LAW FIRM
First National Bank Building
332 Minnesota Street, Suite W1610
St. Paul, MN 55101

Paul Applebaum

Telephone: (651) 222-2999
Facsimile: (651) 223-5179

August 23, 2005

The Honorable David S. Doty
United States Federal District Court
District of Minnesota
United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Re: Terrell v. County of Anoka
Court File No.: 01-CV-1360(DSD)

Dear Judge Doty:

The Plaintiffs do not object to Defendants' Motion for Dismissal or their proposed Order.

Sincerely,

Paul Applebaum

PA/qma

cc: Julian C. Janes