UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1360(DSD/SRN)

Jordan E. Terrell, et al.,

Plaintiffs,

v.

**ORDER**

Brek Andrew Larson, et al.,

Defendants.

This matter is before the court upon defendants' motion to dismiss plaintiffs' remaining state law claim. Plaintiffs do not oppose the motion. Accordingly, **IT IS HEREBY ORDERED** that defendants' motion to dismiss [Docket No. 55] is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 23, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court