✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jordan E. Terrell, et al.,

V.

Brek Andrew Larson, et al.,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1360 (DSD/SRN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' motion to dismiss [Docket No. 55] is granted.

August 24, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk