AO 133     (Rev. 9/89) Bill of Costs DC MODIFIED 04/04/05

# UNITED STATES DISTRICT COURT

District of Minnesota

Jordan E. Terrell, et al

V.

Brek Andrew Larson, et al

**BILL OF COSTS**

Case Number: 0l-CV-1360 (DSD/SRN)

Judgment having been entered in the above entitled action <u>8/24/05</u> **against** <u>Plaintiffs</u>
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 105.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 179.00 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 1,107.94 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL $ | 1,391.94 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Signature of     **/s/ James T. Martin**

Name of Attorney: <u>James T. Martin</u>

For: <u>Defendant Brek Larson</u>     **Date** = <u>8/25/05</u>
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court     Deputy Clerk     Date

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME AND RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| 8/4/02 - Deposition - Warren Kvistberg | | | | | | | 225.70 |
| 8/4/02 - Deposition - Shawn Longen | | | | | | | 317.07 |
| 8/10/02 - Deposition - Brek Larson | | | | | | | 284.07 |
| 9/26/02 - Deposition Jordan Terrell | | | | | | | 281.10 |
| | | | | | | **TOTAL** | 1,107.94 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may he reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PROCEDURE FOR TAXING COSTS

The Clerk's Office is pleased to provide a guide entitled "Taxation of Costs in a Civil Case in the United States District Court for the District of Minnesota" for use by attorneys and legal staff. This guide will assist with the proper filing of Bill of Costs with this court and is available on the Court's website at www.mnd.uscoui-ts.gov.

Costs shall be submitted on Form AO-133 which is provided by the Administrative Office of the United States Courts for this purpose. The form is available on our website at www.mnd.uscourts.gov and it can be requested from the Clerk's Office, United States District Court. The completed AO-133 form shall be submitted with substantiating documentation to the Minneapolis Clerk's office.

Costs generally are not taxed and the Bill of Costs should not be submitted until the following conditions are met:

1. the time for filing of the **Notice of** Appeal has expired,
2. **a decision on post-trial motions has been made,**
3. **the appeal has been decided on the merits** or dismissed, or
4. Writ of Certiorari **is denied and opinion of the Supreme Court is filed.**

**Office Procedure**
A briefing schedule is sent to counsel of record when the Bill of Cost is filed. An appearance before the Clerk is not required. Costs may be taxed as submitted if objections are not filed. If the matter of costs is resolved prior to taxation by the Clerk, written notification of disposition shall be submitted.

## GENERAL INFORMATION

| | |
|---|---|
| Taxation of Costs on Appeal | See FRAP, Rule 39(d) & (e). NOTE: Costs granted at the Court of Appeals level are entered in the judgment rolls upon receipt of the Mandate in the District Court. **DO NOT INCLUDE THESE COSTS IN THE AO-133 BILL OF COST FORM**. |
| Attorney Fees | Do not incorporate into the Bill of Costs; Refer LR54.3 and 28 U.S.C. § 2412. |
| **Substantiating Documentation** | Copies of receipts, statements, bills, checks, etc. must be submitted in support of costs and explanation of necessity for cost items claimed. |
| **Deposition Costs** | Generally allowed only when read into the record or received as evidence. |
| Exhibits | Large or unusual expenditures, such as models, must be approved by the court prior to trial or preparation, or they are generally not allowed. Exhibits must be identified by number if costs are claimed. |
| Copies | Generally not allowed unless received as an exhibit during trial (number identification). Certified or exemplified copies are generally allowed. |
| **Costs Differentiated from Fees and Expenses** | FRCP 54 and Wright & Miller, §§ 2666 and 2677. |
| Expert Witnesses | The Clerk is authorized to tax only the statutory witness fee of $40 per day; subsistence if an overnight stay is required (eff. 10/01/04): Minneapolis $156; St. Paul $156; Duluth 6/1 to 10/31 $135 and 11/1 to 5/31 $111; Rochester $107; Anoka County $103; Dakota County $116; Fergus Falls $91.00, all other areas of state $91.00. Mileage is reimbursed at $0.405 per mile round trip travel (eff. 01/01/04). See 28 U.S.C. § 1821. Questions should be directed to the appropriate division (see below for numbers). |
| Air Travel | 28 U.S.C. § 1821(c)(1): utilize common carrier at the most economical rate available. Receipt(s) must be furnished. |

Reference: FRCP Rule 54(d); 28 U.S.C. §§ 1920, 1923, and 192 Federal Practice and Procedure, Wright & Miller Vol X.

For Information on taxation of costs, contact:   Brian Saame, Pro Se Law Clerk, Minneapolis/St. Paul Divisions, 612-664-5035
Susan Anderson, Duluth Division Manager, 5t[h] & 6t[h] Divisions, 218-529-3502

## GISLASON, MARTIN & VARPNESS, P.A.
ATTORNEYS AND COUNSELORS AT LAW

JAMES T. MARTIN
JOHN E. VARPNESS
JULIAN C. JANES
jOEL M. MUSCOPL/:T

'ALSO ADMITTED TO rnncna
IN W19CONS N

RETIRED
ROBERT W. GISLASI)N

7600 PARKLAWN AVENUE SOUTH
SUITE 444
MINNEAPOLIS, MINNESOTA 55435

TELEPHONE 952/831-5793
FAX 952/831-7358

LEGAL **ASSISTANT**
GLORIA DEEB

January 21, 2003

Clerk of U.S. District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**RE:**   *Terrell, et al v. Larson and Longen*
         File No:   0:01-CV-1360 (DSD/JMM)

Dear Clerl::

Enclosed for filing please find the original and two copies of the following:

(1)   Notice of Appeal;

(2)   Appellants' Form A;

(3)   Filing fee in the amount of $105.00;

(4)   A copy of our written request for a transcript of the proceedings pursuant to FRAP 10(b)(1)(A)(iii).

Very truly yours,

James T. Martin

JTM/aa
Enc.
cc:   Pau- Applebaum

**MARLENE P. HALLOWAY**
COURT REPORTER
POST OFFICE BOX 8402
**MINNEAPOLIS, MINNESOTA** 55408
PHONE (612) 823-0729 FAX (612) 823-6186
mareene@mm.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/28/03 | 398 |

**BILL TO**

James T. Martin, Esq.
Gislason, Martin & Varpness, P.A.
7600 Parklawn Avenue South
Suite 444
Minneapolis, Minnesota 55435

| DUE DATE |
|---|
| 3/30/03 |

| DESCRIPTION | AMOUNT |
|---|---|
| James E. Terrell, et al. vs. Brek Andrew Larson, et al. | 92.00 |
| Transcript of proceedings held on April 19, 2001 in the above-entitled matter | |
| One transcript | |

Please make check payable to:
Marlene P. Halloway SSN ▓▓▓▓▓▓

**Total**  92.00 ",

| 44 (Rev. 7//95) | UNITED STATES DISTRICT COURT |||
|---|---|---|---|
| | For the   Fourth   District of   Minnesota |||
| **INVOICE** | | NUMBER | 030403A |

| TO: James T. Martin<br>Gislason, Martin & Varpness, P.A.<br>7600 Parklawn Ave. So., Suite 444<br>Minneapolis, MN 55435<br><br>PHONE: | NOTE<br>**MAKE CHECK PAYABLE TO:**<br>Karen J. Grufman<br>Official Court Reporter<br>1005 U.S. Courthouse<br>Minneapolis, MN 55415<br>PHONE: 612-664-5105   SS# |

**TRANSCRIPTS**

| CRIMINAL | X CIVIL | DATE ORDERED 1/21/03 | DATE DELIVERED 3/4/03 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Terrell, et al v. Larson and Longen, Cv. 01-1360 DSD.

**CHARGES**

| CATEGORY | ORIGINAL ||| 1ST COPY ||| ADDITIONAL COPIES ||| TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 29 | 3.00 | 87.00 | | | | | | | $87.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date):   Hearing on 12/20/02, before the | TOTAL | $87.00 |
|---|---|---|
| Honorable David S. Doty. | LESS DISCOUNT FOR LATE DELIVERY | |
| | LESS AMOUNT OF DEPOSIT | |
| | TOTAL REFUNDED | |
| | TOTAL DUE | $87.0 |

**ADDITIONAL INFORMATION**

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE 3/4/03 |
|---|---|

*(All previous editions of this form are canceled and should be destroyed.)*

DISTRIBUTION:   TO PARTY ( 2 copies - 1 to be returned with payment )   COURT REPORTER   COURT REPORTER SUPERVISOR



# Butler Square Reporting
11708 Wayzata Boulevard
Minnetonka, Minnesota 55305
FAX (952) 746-6292 ☎ (952) 746-6290

# INVOICE
1390

Date: 9/16/2002
James T. Martin, Esq.
Gislason, Martin & Varpness, P.A.
Suite 444
7600 Parklawn Avenue South
Minneapolis, MN 55435

PLEASE MAKE CHECKS PAYABLE TO  Jennie L E gh'
471   5' 7619

| Descript | Amount' |
|---|---|
| 0-& o Warren Kvistberg<br>Copy o Shawn Longen<br><br>Brek' Larso  E  Al,<br>  Plaint ffs,<br>Vs.<br><br>James Terrell, Et Al,<br>  Defendants<br><br>  e Taken On Augus 4, 2002 | $22570<br>3 707 |
| Terms: Payment Due Upon Receipt,   Subtotal | $542.77' |
| Service Charge | 0. 0 |
| Bal. D e | $542.77 |



**Butler Square Reporting**
11708 Wayzata Boulevard
Minnetonka, Minnesota 55305
FAX (952) 746-6292  (952) 746-6290

**INVOICE**

1396

Date: 9/26/2002
James T. Martin, Esq.
Gislason, Martin & Varpness, P.A.
Suite 444
7600 Parklawn Avenue South
Minneapolis, MN 55435

PLEASE MAKE CHECKS PAYABLE TO: Jennie L. Engh
471-1'5-7619

| Description | Amount |
|---|---|
| py of Brek'Larson | $284.07 |
| ek Larso E Al, Plaintiffs, Vs. James Terrell, E A Defendants' | |
| Date Taken On Augus 0 2002 | |
| Subtotal | $284.07 |
| Service Charge | 0.0 |
| Bal. Due | $284.07 |

Terms: Payment Due Upon Receipt

KINSELLA HARTIGAN & , ;ELZER, INC.
632 WELLS FARGO MIDLAND BUILDING
401 SECOND AVENUE SOUTH
MINNEAPOLIS MN 55401

| | |
|---|---|
| GISLASON MARTIN & VARPNESS | |
| 7600 PARKLAWN AVENUE SOUTH | INVOICE NO.:     23640 |
| SUITE 444 | INVOICE DATE:   10111/2002 |
| MINNEAPOLIS, MN 55435 | REPORTER: |
| | PEGGY STEWART |
| JAMES T. MARTIN, ESQ | |
| | ID#: (612) 339-6132 |

*TERRELL, ET AL vs LARSON, ET AL*

*DEPOSITION OF JORDAN E. TERRELL*

| Date | Description | Amount |
|---|---|---|
| 9/26/2002 | Original & one transcript copy | |
| | Appearance | |
| | Condensed Transcript | |
| | Postage/Delivery | |
| | THANK YOU! | |
| | | 281.10 |
| | Total Amount Due | 281.10 |

**Please make check payable to the reporter and indicate invoice #.**