UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Jordan E. Terrell, et al.,

Plaintiff,

vs.

Brek Andrew Larson,

Defendants

CASE NO: 01-CV-1360 (DSD/SRN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 25, 2005 the following document:

Bill of Costs

was electronically docketed with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

Paul Applebaum:
paulpapple@hotmail.com

Dated: 08/25/05

GISLASON, MARTIN & VARPNESS, P.A.

/s/ James T. Martin
By____________________________________
James T. Martin (#68044)
Attorneys for Defendant
7600 Parklawn Avenue South
Suite 444
Edina, MN 55435
(952) 831-5793