**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jordan E. Terrell, et al.,

Plaintiffs, Civil No. 01-1360 (DSD/SRN)

v.

Brek Andrew Larson, et al.,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $105.00 | $105.00 |
| Fees of the Court Reporter | $179.00 | $179.00 |
| Fees for Witnesses[1] | $1,079.94 | $1,079.94 |
| TOTAL: | $1,391.94 | $1,391.94 |

Costs, therefore, are taxed in the sum of One Thousand Three Hundred Ninety One and 94/100 Dollars ($1,391.94) in favor of Defendants, and against Plaintiffs, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of December 13, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk

[1] The costs requested were incurred in the taking of depositions, and thus more accurately categorized under Fees of the Court Reporter. Because there are no objections, costs have been taxed as laid out in Defendants' Bill of Costs.